Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:10-cr-000022-MJS |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS; |
| | ) | AND ORDER |
| v. | ) | THEREON |
| | ) | |
| JOSE JURARDO-ALMANZAN | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The defendant having met all conditions of deferral, the United States hereby moves

the Court for an order of dismissal pursuant to 18 United States Code §3607, and by leave of

Court endorsed hereon.

Dated: April 18, 2012                    NATIONAL PARK SERVICE


/S/ Matthew McNease
Matthew McNease
Acting Legal Officer




**ORDER**


IT IS SO ORDERED.

Dated:   April 19, 2012          /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE

1